# Exhibit 1

Case 1:18-cv-00386   Document 1-1   Filed 02/20/18   Page 1 of 17



Form CA 1-A: Notice and Acknowledge for Service by Mail

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

LEE-THOMAS, HOPE
_____
*Plaintiff(s)*

v.

Case No: 2018 CA 000267 B

PROVIDENCE HOSPITAL
_____
*Defendant(s)*

### NOTICE

To (insert name and address of the party to be served):
PROVIDENCE HOSPITAL
1150 Varnum St NE
WASHINGTON, DC 20017

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement (below). If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate next to your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate next to your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date): 01/16/2018

Norman Barrett
Deputy Clerk

*Signature*

JAN 1 6 2018

*Date of Signature*

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, AND INITIAL ORDER

I (print name) _____ received a copy of the summons, complaint and initial order in the above captioned matter at (insert address): _____

_____  _____  _____
*Signature*    *Relationship to Defendant/Authority to Receive Service*    *Date of Signature*

Para pedir una traducción, llame al (202) 879-4828
Để có một bài dịch, hãy gọi (202) 879-4828
如需翻译,请打电话 (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요
Veuillez appeler au (202) 879-4828 pour une traduction



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Telephone: (202) 879-1133 • Website: www.dccourts.gov

HOPE LEE-THOMAS
   Vs.                                         C.A. No.     2018 CA 000267 B
PROVIDENCE HOSPITAL

## INITIAL ORDER AND ADDENDUM

    Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby **ORDERED** as follows:

    (1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

    (2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the summons, the complaint, and this Initial Order and Addendum. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in Super. Ct. Civ. R. 4(m).

    (3) Within 21 days of service as described above, except as otherwise noted in Super. Ct. Civ. R. 12, each defendant must respond to the complaint by filing an answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in Super. Ct. Civ. R. 55(a).

    (4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an initial scheduling and settlement conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

    (5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than seven business days before the scheduling conference date.
No other continuance of the conference will be granted except upon motion for good cause shown.

    (6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                                                              Chief Judge Robert E. Morin

Case Assigned to: Judge ANTHONY C EPSTEIN
Date: January 12, 2018
Initial Conference: 9:30 am, Friday, April 20, 2018
Location: Courtroom 200
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

                                                                                                                                 CAIO-60

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Actions Branch. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

<div style="text-align:right">Chief Judge Robert E. Morin</div>

CAIO-60



**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Hope Lee-Thomas
_____
                                    Plaintiff
                vs.

Providence Hospital
_____
                                    Defendant

Case Number  **18-0000267**
_____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Hope Lee-Thomas
_____
Name of Plaintiff's Attorney

4412 Dubois Pl. SE
_____
Address
Washington, DC
_____
20019
_____
Telephone

Clerk of the Court

By _____
              Deputy Clerk

Date  1/17/2018

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202)879-4828로 전화주십시오    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                    Super. Ct. Civ. R. 4



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

**18-0000267**

_____
                                    Demandante
                contra

Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

  Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

  A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____    *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____    Por: _____
Dirección                         Subsecretario

_____    Fecha _____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
한국어 번역문의 (202) 879-4828 중국어 번역문의    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

  IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

  Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                     Super. Ct. Civ. R. 4

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Hope Lee-Thomas
1412 Dubois Place, SE
Washington, DC 20019

*Plaintiff*

**FILED**
CIVIL ACTIONS BRANCH
JAN 12 2018
Superior Court
District of Columbia
Washington, D.C.

18-0000267

Civil Action No. _____

Providence Hospital
1150 Varnum Street, NE
Washington, DC 20017

*Defendants*

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 200,000.00 with interest and costs.

Phone: 202-584-5386

**DISTRICT OF COLUMBIA, SS**

Hope Lee-Thomas being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_Hope E. Lee-Thomas_
(Plaintiff/Agent)

Subscribed and sworn to before me this __12__ day of __January__ __2018__

_Kaylyn Darby_
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00



**Providence Hospital**
1150 Varnum St NE
Washington, DC 20017
(202) 269-7000

Patient: LEE THOMAS, HOPE E
Account Num: PH3008490371
Med Rec Num: M000116245
Location: EMERGENCY DEPT VISIT
Physician: ER, PHYSICIAN, MD
Date: 07/07/17



18-0000267

## Patient Visit Information

**You were seen today for:**

Exposure to paint fumes

### Staff

Your caregivers today were:

    Physician    ER,PHYSICIAN, MD
    Practitioner    Seife B Kassa

### Patient Instructions Reviewed

Chemical Inhalation Injury

    received 07/07/17 - 1900

### Activity Restrictions or Additional Instructions

Return to ER any time if worse

### Follow-up

Please contact the following to make an appointment for follow-up care:

    HERRY,VICTOR E, MD
        1328 SOUTHERN AVE
        SUITE 302
        WASHINGTON, DC 20032
        Phone: 202-574-4666    Fax: 999-999-9999
        Follow-up Plan: 3-5 days

    Note:

Note: Your health care plan may require a referral from your primary care provider prior to making an appointment.



**Providence Hospital**
1150 Varnum St NE
Washington, DC 20017
(202) 269-7000

Patient: LEE THOMAS,HOPE E
Account Num: PH3008490371
Med Rec Num: M000116245
Location: EMERGENCY DEPT VISIT
Physician: ER,PHYSICIAN, MD
Date: 07/07/17

---

## Chemical Inhalation Injury

A chemical inhalation injury is an internal injury, such as lung damage, that results from breathing in fumes of a chemical or harmful substance (*toxic agent*). Chemical inhalation injuries most often occur:

- During fires, when materials that are burned release chemicals into the environment.
- During work accidents, when large quantities of toxic chemicals are spilled at factories or industrial sites.

Chemical inhalation injuries vary in severity. An injury tends to be more severe:

- The more acidic or alkaline the chemical is.
- The more concentrated the substance is.
- The longer you are exposed to the substance.

### RISK FACTORS

You are at a high risk for a chemical inhalation injury if you:

- Are exposed to burning materials.
- Work with chemicals, solvents, or cleaners.

### SIGNS AND SYMPTOMS

Symptoms of a chemical inhalation injury may include:

- Hoarse voice.
- Shortness of breath or trouble breathing.
- Chest pain.
- Pale or blue skin.
- Mucus production.
- Cough.
- Weakness.
- Dizziness or fainting.

### DIAGNOSIS

Most chemical inhalation injuries can be diagnosed with a physical exam and medical history. Tests may be done to check for lung damage. They may include:

- A blood oxygen level test.
- A chest X-ray.
- Pulmonary function tests.



**Providence Hospital**
1150 Varnum St NE
Washington, DC 20017
(202) 269-7000

Patient: LEE THOMAS,HOPE E
Account Num: PH3008490371
Med Rec Num: M000116245
Location: EMERGENCY DEPT VISIT
Physician: ER,PHYSICIAN, MD
Date: 07/07/17

There are no tests to identify the specific chemical or substance that caused the injury.

### TREATMENT

There is no specific treatment for a chemical inhalation injury. Most treatment is directed at improving the ability of the lungs to deliver oxygen to the body. Time is needed for lung tissue to heal. Supportive treatment may include:

- Aerosol treatments to decrease swelling in the airways.
- Suctioning of the airways to remove excess mucus.
- Supplemental oxygen.

### HOME CARE INSTRUCTIONS

- **Do not** use any tobacco products, including cigarettes, chewing tobacco, or electronic cigarettes. If you need help quitting, ask your health care provider.
- **Do not** allow yourself to be exposed to any airway irritants, such as cigarette smoke or smoke from a fireplace.
- Follow your health care provider's instructions for the use of any inhalers.
- Take medicines only as directed by your health care provider.
- Keep all follow-up visits as directed by your health care provider. This is important.

### SEEK MEDICAL CARE IF:

- Your symptoms are not improving as your health care provider predicted.

### SEEK IMMEDIATE MEDICAL CARE IF:

- Your symptoms get worse.
- You have increasing shortness of breath or wheezing.
- Your skin or your lips appear very pale or blue.
- You have a persistent cough.
- You cough up blood or dark material.
- You have chest pain or weakness.
- You have a fever.
- You faint.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 08/21/2015 Document Reviewed: 08/21/2015
Elsevier Interactive Patient Education ©2016 Elsevier Inc.




Office of Human Rights
DISTRICT OF COLUMBIA

# OHR QUESTIONNAIRE-PUBLIC ACCOMMODATION

*Required Fields

## 1. COMPLAINANT

*Today's Date: 7/11/17
*Name: Hope E. Lee-Thomas
*Address: 4412 Dubois Pl, S.E.
*City/State/Zip: WDC 20019
E-mail: jaytea1203@verizon.net
*Home Tel #: (202) 584-5386
Work Tel #: (301) 817-0310

*What language do you prefer to communicate in?
[X] English [ ] Spanish [ ] Amharic [ ] Chinese [ ] Vietnamese [ ] Korean
[X] Other (Please list): In person, I prefer to lipread and use Oral/ASL Translators or CART or use a Phonak Tower with microphone.

**IF REPRESENTED BY LEGAL COUNSEL, PLEASE PROVIDE THE FOLLOWING:**
Name: Sean Tuck, Esq. Telephone/Fax: 1-800-223-8683, (410)559-9020, fax (410)559-9009
Address: 10461 Mill Run Circle, Ste 550, Owing Mills, MD E-mail Address: mddocs@weinstocklegal.com

*Please note: If you are represented by counsel or retain counsel prior to your scheduled Intake interview, the counsel must either (1) be present with you for the duration of your Intake interview, or (2) withdraw his/her appearance from the interview by submitting a letter to the Office indicating that the interview may take place without his/her representation.

Do you require a reasonable accommodation? If so, please explain:
I use Oral/ASL Translators for lipreading or CART, or a Phonak Tower w/microphone.

Do you require language interpretation? If so, what language? Oral/ASL Interpretive Services

## 2. RESPONDENT

Name of company or organization: Providence Hospital — (202) 854-7443 / (202)854-4273
Name and Title of principal officer (i.e. President, Owner, Human Resources Manager):
Ms. Darcy Barthey (CEO) / Sec. Camille Miree / Ms. Michelle Randolph Corporate Compliance manager
Address: 1150 Varnum St. N.E., City/State/Zip: Washington, D.C. 20017
Tel #: (202) 269-7000   Fax #:    E-mail Address:

## 3. BASIS OF COMPLAINT

The basis is one of the below listed categories to which you belong and believe that you were treated differently because you belong or are perceived to belong in that category.

*Do you feel you were discriminated against because of your: (Please check appropriate box).

[ ] Race         [ ] Sex         [ ] Age         [ ] Family Responsibilities  [ ] Matriculation  [ ] Source of Income
[ ] Color        [X] Disability  [ ] Genetic Information  [ ] Gender Identity or Gender Expression  [ ] Marital Status  [ ] Familial Status
[ ] National Origin  [ ] Religion  [ ] Personal Appearance  [ ] Political Affiliation  [ ] Sexual Orientation  [ ] Place of Residence or Business

## 4. JURISDICTION
*Please check all that apply:

[X] Alleged violation occurred in the District of Columbia.
[X] Alleged violation occurred 365 days or less from today's date.
[X] You have not commenced any other action, civil, criminal, or administrative in any other forum based on the same unlawful discriminatory practice described herein.

{Intake # 907916
(Weinstock, Friedman / Friedman, P.A.)}

## 5. PUBLIC ACCOMODATION
*What action was taken that made you feel you were treated differently?*

[X] Failure to Accommodate (i.e. Religion, Disability)   [X] Denial of Service   [ ] Other: _____

*Date of alleged incident: 7-7-17   *Service you requested: Oral/ASL Translator

Person who denied your service request (if known):
Name: Bethel A Melaku   Title: PA-C (Physician Assistant)

How is this person different from you? (i.e. what is this person's protected basis? See Section 3 for complete list of basis.)
I was discriminated on the basis of disability and denial of service.

Have you tried to resolve this matter with the Respondent? If so, please describe with whom you spoke and their response:
I spoke with Neha Puppala, MD, in ER and informed her that Bethel A. Melaku, Physicians Assistant raised her voice at me saying, "You don't need an ASL Interpreter!" She refused and denied ASL Interpretive Services for me.

## 6. YOUR COMPLAINT
Describe in detail the incident(s) that led you to file a complaint of discrimination. Please list dates as well as the name(s) of the person(s) who discriminated against you in denying educational services. If this is a disability-based complaint, please specify whether an accommodation was requested; the person the request was submitted to and the date Respondent was notified of your disability.

Then I told Bethel A Melaku that she violated my ADA rights for ASL Interpretive Services and that I was going to report her. My ER Physician, MD Seife B. Kassa heard what had happened and another staff member went to get the DT VideoHub so that I could utilize ASL/oral Interpretive Services. Due to my hearing impairment, it is very difficult to decipher what people are saying especially when there's evidence of language barriers and ambient noises surrounding me causes difficulty in communicating what people are saying. Taking away my ADA Rights is like trying to breathe without oxygen. More accelerated training is needed for staff and employees at Providence Hospital about the Deaf/Hard of Hearing Culture!

The submission of the OHR questionnaire constitutes the date of filing for statute of limitation purposes. A complete and submitted OHR questionnaire satisfies the requirements of 4DCMR 705.4, 705.5

Please return this form by email to ohr.intake@dc.gov or 441 4th Street NW, Suite 570N, Washington DC, 20001.

The DC Office of Human Rights was established to eradicate discrimination, increase equal opportunity and protect human rights for persons who live, work, or visit the District of Columbia. The receipt of this complaint form by the Office of Human Rights will lead to an intake interview.

_Hope E. Lee-Thomas_   7/11/17
*Signature of Potential Charging Party   *Date
(please type full name)

*{ Intake # 907916
Weinstock, Friedman/Friedman, P.A. }

** Please note, I do not take this matter lightly and I'm persuing monetary compensation for violation of my ADA Rights! Just because I can articulate well, it doesn't mean or negate the fact that I have challenges in hearing other people!

7/11/17
July 11, 2017

To: Office of Human Rights
441 - 4th St. N.W.
Suite 570 N.
Washington, D.C. 20001

From: Ms. Hope E. Lee-Thomas * Intake #
4412 Dubois Place S.E.          899627
In D.C.          20019

Dear Sir/Madam:

This letter serves as to withdraw counsel from my Intake Interview.

Thank you for your attention to this urgent matter. * Also, I've enclosed two additional supportive documents.

Respectfully submitted,

Ms. Hope E. Lee-Thomas
(202) 584-5386 (H)
(202) 683-9063 (C)



**PROVIDENCE HOSPITAL**
1150 Varnum St., NE
Washington, DC 20017
(202) 854-7000
www.provhosp.org

August 2, 2017

Hope Lee Thomas
4412 DuBois Place, SE
Washington, DC 20019

<u>Jaytea1203@verizon.net</u>

RE: RDA2107299

Dear Hope Lee Thomas

Thank you for sharing with us your patient experience at Providence Health System on July 26, 2017. The feedback of our patients and families is vital to us and we appreciate your taking the time to share your concerns related to the care and services you received. In your comments, you identified the following issues of concern:

- **Staff Attitude & Behavior Issue – Unprofessional/Inappropriate Comments**
- **Provider Communication Issue – Language Barrier**

What you described to be your overall experience is of considerable concern to us as it is our goal to provide our patients with the highest level of care at the Providence Health System. Thus we are disappointed to learn that we fell short of your expectations and the high service standards of Providence Health System. Please accept our apologies for this less than exceptional experience.

A review of your concerns has been initiated as we wish to investigate the course of your care in its entirety. We will complete a full review of the concerns you have shared with us. You should receive further follow up to the matter on or before **August 21, 2017**. Should you have any questions or additional concerns in the interim, please do not hesitate to contact me at (202) 854-4025 or dcwasPatientRelation@ascension.org

Please know that your feedback is invaluable to us as we strive to ensure our patients have the best experience possible. Thank you again for sharing with us your concerns and allowing us the opportunity to make improvements where necessary.

Sincerely,

Astoria Edwards, MHA
Quality & Patient Experience Manager

★ ★ ★ GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR

November 3̶0̶, 2017

Hope Lee-Thomas
4412 Dubois Place SE
Washington, DC 20019

**OHR Inquiry Number:** 8988
**RE:** Providence Hospital

Dear Hope Lee-Thomas

*This letter constitutes the Office of Human Rights' (OHR) ORDER for administrative dismissal without prejudice regarding the above referenced matter. The basis for the dismissal is underlined, bolded, and indicated by a check mark below, and a further explanation is provided on the next page.*

- [✓] The Complainant fails to state a claim for which relief can be granted. 4 DCMR §708.1 (c).
- [ ] OHR cannot contact the Complainant using the contact information of record and the Complainant has not contacted OHR as follows:
  - [ ] OHR was unsuccessful in its attempts on _____ and _____ to contact the Complainant by telephone, e-mail, or mail addressed to the complainant's address of record.
  - [ ] The complainant has failed to contact OHR within thirty (30) days of OHR's telephone contact, e-mail, or mail. 4 DCMR §708.1 (a)-(b).
- [ ] The Complainant has submitted a written request to withdraw the complaint. 4 DCMR §708.1.
- [ ] The complaint was not filed within one (1) year of the occurrence or discovery of the alleged discriminatory practice. 4 DCMR § 702.1 (a).
- [ ] The Respondent no longer exists as a result of a court action. 4 DCMR § 708.1 (d).
- [ ] The alleged unlawful discriminatory practice did not occur within the District of Columbia. 4 DCMR §702.1 (b).
- [ ] The Respondent does not maintain a presence within the District of Columbia, is not substantially engaged in doing business within the District of Columbia; or is not operating an enterprise which is subject to licensing by the District of Columbia Government. 4 DCMR § 702.1 (c).
- [ ] OHR lacks jurisdiction over the Respondent or lacks jurisdiction for other reasons. 4 DCMR §§ 708.1 (e) and 707.1.
- [ ] Respondent is a housing provider exempt under D.C. Code § 2-1402.24.
- [ ] OHR, in the exercise of its prosecutorial discretion, dismisses this complaint for administrative convenience. *See Honig v. District of Columbia Office of Human Rights*, 388 A.2d 887, 888 (D.C. 1978).


Office of Human Rights
DISTRICT OF COLUMBIA

ohr.dc.gov    phone: (202) 727-4559    fax: (202) 727-9589    441 4th Street NW, Suite 570N, Washington, DC 20010

**Further Explanation:**

Complainant submitted a public accommodation complaint. On October 10, 2017, OHR met with Complainant and conducted an Intake Interview. Complainant alleged Respondent's staff denied her American Sign Language (ASL) through Video Relay as an accommodation. Complainant was not denied services and instead Respondent assigned a security guard to request transportation for Complaint. Complainant was not provided an ASL Video Relay accommodation by Respondent since the available device is not a mobile device. Ultimately, Complainant was not denied any services and was picked up be a taxicab.

The complaint fails to state a claim for which relief can be granged. 4 DCMR Section 708.1 (c).Therefore, OHR shall dismiss the complaint filed.

**Private Cause of Action**

OHR has administratively dismissed this matter without making a determination on the merits. Accordingly, for claims under the D.C. Human Rights Act, Complainant may file a private cause of action in the D.C. Superior Court. D.C. Code § 2-1403.16(a). The DC Human Rights Act allows claims to be filed within one (1) year from the incidents in question. D.C. Code § 2-1403.04(a). "The timely filing of a complaint with the office shall toll the running of the statute of limita-tions while the complaint is pending." D.C. Code § 2-1403.16(a). For claims under the D.C. Family & Medical Leave Act, Complainant may file a private cause of action within one year of the alleged violation. D.C. Code § 32-510(b). The deadline has been tolled while the complaint has been pending at OHR. 4 DCMR § 1610.3.

**Request to Reopen**

A request that OHR reopen an administratively dismissed Human Rights complaint must be submitted to the OHR Director, at ohr.ogc@dc.gov, within 30 days of the date of this letter. 4 DCMR § 708.3. A complaint may be reopened by the OHR Director for good reason or in the interest of justice, based on the Director's discretion, if there has been no OHR determination on the merits. 4 DCMR § 708.4. Complainant has three (3) years from the date of service of this decision to file a Petition for Review with the D.C. Superior Court. See *Simpson v. D.C. Office of Human Rights, 597 A. 2d 392, 395 (D.C. 1991)*.

**Notice Regarding Potential Federal Claims**

Complainant may wish to file an employment discrimination complaint with the Equal Employment Opportu-nity Commission (EEOC) at 131 M Street, N.E., Fourth Floor, Suite 4NWO2F, Washington, DC 20507-0100, or a housing discrimination complaint with the Department of Housing and Urban Development (HUD) at http://portal.hud.gov/hudportal/HUD?sre=/topics/housing_discrimination based on the allegations contained within the complaint which OHR has dismissed. Or, if a case has already been cross-filed with the EEOC, Com-plainant may wish to contact the EEOC or to request a right to sue letter.

Sincerely

Monica Palacio,
Director

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Ave., N.W., Rm—JM-170
Washington, D.C. 20001

_Plaintiff_

vs.

Civil Action No. _____

_Defendant_

## ANSWER OF DEFENDANT

DISTRICT OF COLUMBIA, ss:

The defendant, for answer to the claim of the plaintiff herein, says that he said plaintiff is not entitled to have judgment as demanded in the complaint for the following reasons:

_____
_____
_____
_____
_____
_____
_____

And, therefore, said defendant respectfully demands that this suit be heard in open court.

| DEFENDANT: | ADDRESS: | TELEPHONE NO. |
|---|---|---|
| COPY MAILED TO: (ATTORNEY FOR PLAINTIFF) | | |

Form CV(6)-451 / Dec. 91

2-0881 wd-155