UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPE LEE-THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> PROVIDENCE HOSPITAL, <br><br> Defendant. | Case No. 1:18-cv-00386-EGS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Hope Lee-Thomas ("Plaintiff"), and Defendant Providence Hospital ("Defendant") (collectively with Plaintiff, the "Parties"), hereby stipulate to a voluntary dismissal, with prejudice, of all claims pled in this action by Plaintiff. The Parties further stipulate that each party shall bear its or her own attorneys' fees and costs of suit.

IT IS SO STIPULATED.

October 13, 2018

_Hope Lee-Thomas_
Hope Lee Thomas
4412 Dubois Place, S.E.
Washington, D.C. 20019

*Plaintiff*

October 13, 2018

/s/ *Tanzeela Ahmad*
Teresa Burke Wright (D.C. Bar No. 429196)
Tanzeela Ahmad (D.C. Bar No. 1048781)
JACKSON LEWIS, P.C.
10701 Parkridge Blvd., Suite 300
Reston, Virginia 20191
(703) 483-8300 (Telephone)
(703) 483-8301 (Fax)
Teresa.Wright@jacksonlewis.com

*Counsel for Defendant*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

     I HEREBY CERTIFY that on October 15, 2018, a true and correct copy of the foregoing was filed by using the Court's electronic filing system and was served by U.S. mail, postage prepaid, upon the following:

> Hope Lee-Thomas
> 4412 Dubois Place, S.E.
> Washington, D.C. 20019
>
> *Plaintiff*

                                                  */s/ Tanzeela Ahmad*